ACCEPTED
14-13-00459-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/3/2015 4:08:37 PM
CHRISTOPHER PRINE
CLERK

## No. 14-13-00459-CV

## In the Court of Appeals
### For the Fourteenth Judicial District at Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 4:08:37 PM
CHRISTOPHER A. PRINE
Clerk

**ALLSTATE INSURANCE COMPANY, ET AL.,**
*Appellants,*

**v.**

**REHAB ALLIANCE OF TEXAS, INC., ET AL.,**
*Appellees.*

On Appeal from Cause No. 2009-81354A
In the 11th Judicial District Court of Harris County, Texas

## APPELLEES' JOINT AND UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSES TO APPELLANTS' MOTION FOR REHEARING

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

COME NOW, Appellees IHSAN SHANTI, M.D., REHAB ALLIANCE OF TEXAS, INC., SHEILA SMITH, DENNIS SMITH, D.C., AND THE DIAGNOSTIC & INJURY CENTER OF HOUSTON, L.L.C. ("Appellees") and file this APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO APPELLANTS' MOTION FOR REHEARING and would respectfully show the Court the following:

1.      Appellees' Briefs are due to be filed in the Fourteenth Court of Appeals on February 10, 2015. Appellees now seek an unopposed extension until March 2, 2015 in which to file their responsive Appellees' Briefs. Appellees seek

-1-

this extension because Appellees' attorneys require more time to prepare their briefs.

2.     Appellees would show that this Court's Memorandum Opinion affirming the judgment below was issued on December 9, 2014 and, after receiving an unopposed extension of time, Appellants filed their Motion for Rehearing on or about January 12, 2015. On or about January 26, 2015, this Honorable Court requested that Appellees file responses to the Motion for Rehearing by February 10, 2015. This appeal involves a number of different issues and a substantial amount of briefing. Appellants Brief (filed with leave of court to exceed page/word limitations) consists of 79 pages. Their Reply Brief and the Motion for Rehearing consists of an additional 57 pages of briefing. Due to the pending professional commitments of the undersigned counsel, Appellees respectfully request an additional twenty (20) days to prepare and file their Replies to the Motion for Rehearing.

3.     Among their other professional commitments, Appellees would further show that counsel for Appellee Shanti have two trial settings on the docket in February, 2015 and it is anticipated that these cases will be called and tried during these settings. The cases are:

| February 10, 2015: | Cause No. 2012-37024; *Anhalt & Jacobson, P.C. vs. Anthony Wayne Brock;* In the 133rd Judicial District Court of Harris County, Texas; and |
|---|---|
| February 23, 2015: | Cause No. 2011-75990; *William Beatty and Spray Hou L.L.C. vs. Jimmy Van Knighton, II, a/k/a Jay V. Knighton, II, Individually, and Stone Associates, LLP n/k/a Knighton & Stone, PLLC;* In the 133rd Judicial District Court of Harris County, Texas. |

4.   This motion is unopposed and is not sought for purposes of delay only, but so that justice may be done.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellees pray for an extension of time to file Appellees' Briefs to March 2, 2015, and for such other and further relief at law or in equity as this Honorable Court deems proper.

Respectfully submitted,

**SHEPHERD,   SCOTT,   CLAWATER   & HOUSTON, L.L.P.**

/s/ STEPHEN R. BAILEY
Sam A. Houston
Texas Bar No. 10059550
Email:  shouston@sschlaw.com
Stephen R. Bailey
Texas Bar No. 20601300
Email:  sbailey@sschlaw.com
2777 Allen Parkway, 7th Floor
Houston, Texas  77019–2133
(713) 650–6600 (Telephone)
(713) 650–1720 (Facsimile)

**ATTORNEYS FOR APPELLEE IHSAN SHANTI, M.D.**

-3-

COATS | ROSE

_/s/ TIMOTHY A. ROTHBERG_

Jerry M. Young
State Bar No. 00785301
Timothy A. Rothberg
State Bar No. 24060525
9 Greenway Plaza, Suite 1100
Houston, Texas 77046
(713) 651-0111 (Telephone)
(713) 651-0220 (Facsimile)

ATTORNEYS FOR APPELLEES,
REHAB ALLIANCE OF TEXAS, INC., SHEILA
SMITH, DENNIS SMITH, D.C., AND THE
DIAGNOSTIC & INJURY CENTER OF
HOUSTON, L.L.C.


## CERTIFICATE OF CONFERENCE

On February 2, 2015, Timothy Rothberg, counsel for certain of the Appellees, discussed this motion with Bret Weatherford, counsel for Appellant Allstate Insurance Company. Mr. Weatherford advised that Appellant is not opposed to this motion or the relief requested herein.


_/s/ STEPHEN R. BAILEY_

STEPHEN R. BAILEY

-4-

## CERTIFICATE OF SERVICE

I certify that on February 3, 2015, a copy of this Appellees' Motion to Extend Time to File Response to Motion for Rehearing was served on the following via e-service, telecopy and/or email:

Mr. David Kassabian
Mr. Bret Weatherford
KASSABIAN, DOYLE & WEATHERFORD, P.C.
2261 Brookhollow Plaza Drive
Arlington, Texas 76006
    and
Craig T. Enoch
Melisa A. Lorber
ENOCH KEVER PLLC
600 Congress Avenue, Suite 2800
Austin, Texas 78701
    *Counsel for Appellants*

Jerry M. Young
Timothy A. Rothberg
COATS | ROSE
9 Greenway Plaza, Suite 1100
Houston, Texas 77046
    *Counsel for Appellees*
    *Rehab Alliance of Texas, Inc., Sheila Smith, Dennis Smith, D.C., and*
    *The Diagnostic & Injury Center of Houston, LLC*

                                          /s/ STEPHEN R. BAILEY
                                          STEPHEN R. BAILEY